No. 554. NATIONAL BROADCASTING CO., INC. ET AL. *v.* UNITED STATES ET AL.; and

No. 555. COLUMBIA BROADCASTING SYSTEM, INC. *v.* UNITED STATES ET AL. March 12, 1943. The motion for a temporary restraining order in each case is granted, and the stay entered by the District Court is continued until 10 days after the filing in the District Court of this Court's mandates upon decision of the appeals. See 319 U. S. 190.

No. —. UNITED STATES EX REL. PURCELL *v.* STATE OF NEW YORK ET AL. March 15, 1943. Application denied.

No. —, original. EX PARTE DAISY D. WILSON. March 15, 1943. Applications denied.

No. —, original. EX PARTE CHARLES H. COCHRAN. March 15, 1943. Application denied.

No. —, original. EX PARTE MARTIN M. GOLDMAN ET AL. March 15, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE SAM MINER;

No. —, original. EX PARTE JOE SOWDER; and

No. —, original. EX PARTE JOSEPH GRECO. March 15, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.